IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMELL ANTHONY NUNN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:18-cr-52-3 |
| | ) | 1:21-cv-115 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

On December 6, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 165, 166.) No objections were filed within the time limits prescribed by Section 636.

Therefore the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 165), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence, (Doc. 131), is **DISMISSED** as to any waived claims, **DENIED** as to any claims not waived, and that this action is hereby **DISMISSED**. The court further finds there is no substantial showing of the denial of a constitutional right

affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of February, 2024.

_____
United States District Judge